**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CHRISTINA AVILA,

      Plaintiff,

v.                                      Case No.: _____

RADIUS GLOBAL SOLUTIONS, LLC,

      Defendant.
_____/

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Radius Global Solutions, LLC ("RGS"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this civil case is proper because:

      1.     RGS is the named defendant in this civil action filed by plaintiff, Christina Avila ("plaintiff"), in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, titled *Christina Avila v. Radius Global Solutions, LLC*, Case No.: 2021-023053-CC-05 (hereinafter the "State Court Action").

      2.     RGS removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with plaintiff's Complaint on August 11, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by RGS.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Dated: August 27, 2021

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Michael P. Schuette*
Attorney